# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00136-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **1585 AMHERST ROAD,** ) <br> **MORGANTON, BURKE COUNTY,** ) <br> **NORTH CAROLINA, as described in** ) <br> a Deed at Book 1455, Pages 36-39 in ) <br> the Burke County Registry, being ) <br> real property, together with the ) <br> residence, and all appurtenances, ) <br> improvements, and attachments ) <br> thereon, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> **RANDY BENTON,** ) <br> ) <br> Claimant. ) <br> _____ ) | **FINAL ORDER AND** <br> **JUDGMENT OF** <br> **FORFEITURE** |

**HAVING DISMISSED** the Claim of Randy Scott Benton and entered summary judgment in favor of the Government, and there being no further proceedings necessary in this matter, the Court, pursuant to 18 U.S.C. § 981, 18 U.S.C. § 983, 18 U.S.C. § 985 and 21 U.S.C. § 881, now enters a Final

Order and Judgment of Forfeiture against the Defendant Property.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that a Judgment of Forfeiture is **ENTERED** against the Defendant Property:

> 1585 Amherst Road, Morganton, Burke County, North Carolina, as described in a Deed at Book 1455, Pages 36-39 in the Burke County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon,

in favor of the United States against all persons and entities in the world.

**IT IS FURTHER ORDERED** that any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: February 29, 2016

Martin Reidinger
United States District Judge