THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00136-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>1585 AMHERST ROAD, )<br>MORGANTON, BURKE COUNTY, )<br>NORTH CAROLINA, as described in )<br>a Deed at Book 1455, Pages 36-39 in )<br>the Burke County Registry, being )<br>real property, together with the )<br>residence, and all appurtenances, )<br>improvements, and attachments )<br>thereon, )<br>)<br>Defendant, )<br>_____ )<br>)<br>RANDY BENTON, )<br>)<br>Claimant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Motion for Attorney's Fees by Claimant's Counsel [Doc. 37].

Claimant Randy Benton's counsel, Legal Aid of North Carolina, Inc., by Meredith Gregory and Hilary Ventura, moves the Court for an award of reasonable attorney's fees pursuant to 18 U.S.C. § 983(b)(2)(B). [Doc. 37].

The Government does not oppose counsel's request for fees. [Doc. 38]. Upon review of the accounting of the time counsel expended in representing the Claimant [Doc. 37 at 2-4], the Court finds that there are some instances of duplicative billing and other instances where more time was spent on task than would seem reasonably necessary. However, in light of the complexity of the issues presented, the relatively low amount of the requested amount of the fees, and the lack of any opposition by the Government, the Court will nevertheless allow the recovery of the full amount of fees as requested.

**IT IS, THEREFORE, ORDERED** the Motion for Attorney's Fees by Claimant's Counsel [Doc. 37] is **GRANTED**, and Legal Aid of North Carolina, Inc. is hereby awarded fees in the amount of $3,811.00.

**IT IS SO ORDERED.**

Signed: September 16, 2016

Martin Reidinger
United States District Judge